UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re
**Guadalupe Health Services, Inc.**

Debtor.   Case No. 99-16073-s7

ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application, and in accordance with 11 U.S.C. Section 347 (a) and Bankruptcy Rule 3011, the Court finds that funds in the amount of **$0.96**, constituting unclaimed funds, are due to **Wells Fargo, Inc. (Wells Fargo Bank, N. A.)**, for reasons stated in the application.

IT IS ORDERED that, pursuant to 11 U.S.C. Section 347 (a) and Bankruptcy Rule 3011, the Bankruptcy Clerk, District of New Mexico, pay this unclaimed money to the order of:

Wells Fargo, Inc. (Wells Fargo Bank, N. A.)
c/o MooreTech Consulting Inc.
6175 Red Willow Drive
Ottawa, Ontario Canada K2C 7J7

Dated: 11/5/09

James S. Starzynski
United States Bankruptcy Judge
District Of New Mexico

Submitted by:
Ian Moore, President
MooreTech Consulting Inc.
6175 Red Willow Drive
Ottawa, Ontario Canada K1C 7J7

UNCLAIMED FUNDS ON DEPOSIT FOR
Wells Fargo, Inc.
AMT $ .96
Debra J. Siner, Financial Administrator / Date 10/15/09